# BURSOR & FISHER
P.A.

**1330 AVENUE OF THE AMERICAS,**
**32ND FLOOR**
**NEW YORK, NY 10019**
www.bursor.com

Tel: 646.837.7150
Fax: 212.989.9163
pfraietta@bursor.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2024

October 2, 2024

<u>*Via ECF*</u>

The Honorable Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Jones v. Regal Cinemas, Inc.*, Case No. 23-cv-11145-MMG (S.D.N.Y.)

Dear Judge Garnett,

    We write jointly with defense counsel pursuant to ECF No. 25 and Rule I.B.1 of the Court's Individual Rules and Practices to inform the Court that the Parties reached agreement on all material terms of a class action settlement at their September 30, 2024, mediation with The Honorable Shira A. Scheindlin (Ret.), formerly of the Southern District of New York and now a private mediator.

    The Parties will now draft a full-form Class Action Settlement Agreement and Plaintiff will prepare a Motion for Preliminary Approval pursuant to Fed. R. Civ. P. 23(e). The Parties anticipate that Plaintiff will be in a position to file his Motion for Preliminary Approval within 45 days. Accordingly, the Parties respectfully request that the Court direct Plaintiff to file a Motion for Preliminary Approval on or before November 18, 2024, and otherwise stay the action pending resolution of the Motion for Preliminary Approval.

Very truly yours,

Philip L. Fraietta

CC:    All counsel of record (via ECF)

---

Request GRANTED. The Plaintiff is directed to file a motion for preliminary approval by **November 18, 2024**. The motion to dismiss at Dkt. No. 18 is DENIED AS MOOT, and the Clerk of Court is directed to terminate Dkt. No. 18.

SO ORDERED.    Date 10/3/2024

HON. MARGARET M. GARNETT
U.S. DISTRICT JUDGE