UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIM JONES, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br> v.<br><br>REGAL CINEMAS, INC.,<br><br>       Defendant. | Civil Action No.: 1:23-cv-11145 MMG<br><br>Hon. Margaret M. Garnett |

### NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 5, 2025, at 9:30 AM, before the Honorable Margaret M. Garnett, United States District Judge for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, Plaintiff Tim Jones ("Plaintiff"), by and through Class Counsel, will move and hereby does move for an order granting final approving the settlement in this action and entering final judgment in this case.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiff will rely upon the accompanying memorandum of law in support, the Declaration of Philip L. Fraietta, and the Declaration of Cameron R. Azari, with annexed exhibits.

Dated: February 19, 2025

                Respectfully submitted,

                By:  */s/ Philip L. Fraietta*
                     Philip L. Fraietta

                **BURSOR & FISHER, P.A.**

Philip L. Fraietta
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

Stefan Bogdanovich (*pro hac vice*)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: sbogdanovich@bursor.com

*Class Counsel*

2